UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE CLARIZA and EVANGELINA CLARIZA,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; CLEAR RECON CORPORATION; and DOES 1-10, inclusive;<br><br>Defendants. | CASE NO.: 2:18-CV-00367-TLN-DB<br><br>**ORDER GRANTING WELLS FARGO BANK, N.A.'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: August 6, 2019<br>Time: 9:00 a.m.<br>Ctrm: 2, 15th Floor |

1    The Court, having considered the application of defendant WELLS FARGO
2  BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a
3  Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") to appear
4  telephonically at the August 6, 2019 hearing on the Motions to Dismiss and Remand, and
5  good cause appearing, hereby grants permission for Wells Fargo's counsel, David
6  Newman, appear telephonically.
7      IT IS SO ORDERED.

9  DATED: July 31, 2019
                                    Troy L. Nunley
10                                  United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 North Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING WELLS FARGO BANK, N.A.'S REQUEST FOR TELEPHONIC APPEARANCE**

on the interested parties in said case as follows:

| Served Electronically Via the Court's CM/ECF System: | Served Via Email |
|---|---|
| *Counsel for Plaintiff:* | *Counsel for Defendant NBS Default Services, LLC:* |
| Russell A. Wyatt, Esq.<br>THE WYATT LAW CORPORATION<br>901 H St., Suite 601<br>Sacramento, California 95814<br>Tel: (916) 277-8820<br>Fax: (877) 631-2544<br><br>russwyatt@russwyattlaw.com | Nabeel Zuberi, Esq.<br>BUCKLEY MADOLE, P.C.<br>301 E. Ocean Dr., Suite 1720<br>Long Beach, CA 90802<br>Tel. \| Fax: (562) 983-5363<br><br>nabeel.zuberi@buckleymadole.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on July 31, 2019.

| Laurie Hlista | */s/ Laurie Hlista* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |